IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **UNITED FIRE & CASUALTY COMPANY,** § | |
| *Plaintiff*, § | |
| § | |
| v. § | No. MO:17-CV-00023-RAJ |
| § | |
| **KENT DISTRIBUTORS, INCORPORATED,** § | |
| *Defendant*. § | |

**FINAL JUDGMENT**

On this day, the Court granted and Counter-Defendant United Fire & Casualty Company's ("United Fire") Motion for Summary Judgment Against Defendant and Counter-Claimant Kent Distributors, Incorporated ("Kent"). (Doc. 9). The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that United Fire & Casualty Company's Motion for Summary Judgment is hereby **GRANTED**. (Doc. 9). The Court **DECLARES** that United Fire & Casualty Company does not have a duty to defend Kent Distributors Incorporated against Shlana Mitchell's claims in Cause No. CV52563 in the 238th Judicial District Court of Midland County, Texas, and United Fire & Casualty Company does not have a duty to indemnify Kent Distributors Incorporated for any damages, interest, or costs assessed in favor of Shlana Mitchell.

It is further **ORDERED** that Kent Distributors Incorporated's counterclaims for breach of policy and declaratory judgment against United Fire & Casualty Company are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that all pending motions are **DENIED** as moot.

It is finally **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 17th day of January, 2018.

ROBERT JUNELL
SENIOR U.S. DISTRICT JUDGE